No. 26-7172

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

BRENT KIDECKEL,
Plaintiff-Appellant,
v.
FOREIGN NATION OF CANADA, et al.,
Defendants-Appellees.

---

On Appeal from the United States District Court
for the District of Columbia
No. 1:24-cv-02907-CJN

---

## APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), Appellant respectfully submits this Certificate as to Parties, Rulings, and Related Cases.

**Parties and Amici Curiae.** The following parties appeared in the district court and in this Court:

Appellant: Brent Kideckel, pro se.

Appellees: David Kideckel; Dahlia Saibil; Aram Simovonian; City of Toronto; Detective David Wilson.

No amici curiae appeared.

**Ruling Under Review.** Order, No. 1:24-cv-02907-CJN (D.D.C. Aug. 25, 2026) (Nichols, J.) (ECF No. 177), awarding attorneys' fees as a sanction under Federal Rule of Civil Procedure 11.

**Related Cases.** The following related cases are currently pending in other state and foreign courts:

(1) *Kideckel v. Epstein Becker & Green, P.C., et al.*, Supreme Court of the State of New York, County of New York, Index No. 159649/2026 (commenced August 2, 2026). Relationship: an action asserting claims under New York law, including Judiciary Law § 487, against counsel who appeared in the district court proceeding below and in this Court, and their firms, together with other defendants. It seeks no relief against the United States, presents no federal question, and does not seek review, vacatur, or modification of any order of the district court or of this Court.

(2) *David M. Kideckel v. Brent R. Kideckel*, Ontario Superior Court of Justice, Court File No. CV-24-00713955-0000 (default judgment; reasons reported at 2025 ONSC 4338), on appeal to the Court of Appeal for Ontario, No. COA-25-CV-1156 / M56671, and on application for leave to appeal to the Supreme Court of Canada, File No. 42320. Relationship: the Ontario default judgment challenged in the proceeding below as having been obtained upon a false affidavit of service. Before the Court of Appeal for Ontario, a panel motion to strike for fraud of counsel was adjourned on Appellant's request with the respondent's consent. The application for leave to the Supreme Court of Canada arises from the dismissal of a panel motion seeking production of the electronic transmission records at issue.

(3) *Complaint Concerning the Honourable Justice L. Akazaki*, Canadian Judicial Council File No. 26-008, pending since January 2026 (most recent update reported July 2026; investigation ongoing). Relationship: the complaint concerns judicial misconduct by the presiding judge in David M. Kideckel v. Brent R. Kideckel, Ontario Superior Court of Justice, Court File No. CV-24-00713955-0000 — the same Ontario proceeding described in related case (2) above — including a contradiction between the hearing transcript and the written reasons for judgment bearing on the reliability of the default judgment challenged in the proceeding below.

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1:

Appellant Brent Kideckel is a natural person. He has no parent corporation and no publicly held corporation owns 10% or more of any interest. No corporate disclosure is required under FRAP 26.1 or Circuit Rule 26.1.

All Appellees are natural persons or governmental entities. No Appellee is a nongovernmental corporation subject to FRAP 26.1 or Circuit Rule 26.1.

Brent R. Kideckel
Appellant, Pro Se
P.O. Box 20901, Floral Park, NY 11002
brentkideckel@gmail.com | (917) 634-0637
Dated: August 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2026, I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the Clerk of the United States Court of Appeals for the District of Columbia Circuit via the appellate CM/ECF system. All registered participants will be served by CM/ECF. Counsel of record:

George B. Breen and Elizabeth A. Harris, Epstein Becker & Green, P.C., 1227 25th Street N.W., Suite 700, Washington, D.C. 20037 — GBreen@ebglaw.com; EHarris@ebglaw.com — Counsel for Appellee Aram Simovonian

Elizabeth M. Velez and Annika B. Conrad, Lewis Baach Kaufmann Middlemiss PLLC, 1050 K Street N.W., Suite 1400, Washington, D.C. 20001 — Elizabeth.Velez@lbkmlaw.com; Annika.Conrad@lbkmlaw.com — Counsel for Appellees David Kideckel and Dahlia Saibil

Joshua Glasgow, Phillips Lytle LLP, One Canalside, 125 Main Street, Buffalo, NY 14203 — JGlasgow@phillipslytle.com — Counsel for Appellees City of Toronto and Detective David Wilson

______________________________

Brent R. Kideckel
Appellant, Pro Se
Dated: August 30, 2026