# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-7172
2. DATE DOCKETED: August 27, 2026
3. CASE NAME (lead parties only) Brent Kideckel v. Foreign Nation of Canada, et al.
4. TYPE OF CASE: ☑ District Ct - ○ US Civil ◉ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:24-cv-02907-CJN
      Criminal
      Miscellaneous

      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary

      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☑ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Hon. Carl J. Nichols Magistrate Judge
   d. Date of order(s) appealed (use date docketed): August 25, 2026
   e. Date notice of appeal filed: August 25, 2026
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? No hearing or oral argument was held; there is no transcript to order.
   i. Has this case been before the Court under another appeal number? ◉ Yes Appeal # 26-7006 ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ○ Yes ◉ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature [signature] Date August 30, 2026
Name of Party Brent R. Kideckel
Name of Counsel for Appellant/Petitioner Pro Se
Address P.O. Box 20901, Floral Park, NY 11002
Phone ( 917 ) 634-0637 Fax ( )

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

Save | Reset Form | Print Form