# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Brent Kideckel

**v.**

Foreign Nation of Canada et al.

**Case No:** 26-7172

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

City of Toronto Canada

David J.N. Wilson

### Counsel Information

Lead Counsel: Joshua Glasgow

Direct Phone: ( 716 ) 847-5465 Fax: ( 716 ) 852-6100 Email: jglasgow@phillipslytle.com

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Phillips Lytle LLP

Firm Address: One Canalside, 125 Main Street, Buffalo, NY 14203

Firm Phone: ( 716 ) 847-8400 Fax: ( 716 ) 852-6100 Email: jglasgow@phillipslytle.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.