**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

| | |
|---|---|
| BRENT KIDECKEL, | No. 26-7172 |
| Plaintiff-Appellant, | Case No. 1:24-cv-02907-CJN |
| v. | **Appeal from the United States District Court for the <u>District of Columbia</u>** |
| FOREIGN NATION OF CANADA, *et al.*, | |
| Defendants-Appellees. | |

---

## TORONTO DEFENDANTS' <u>CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>

Defendants-Appellees the City of Toronto and Detective David Wilson (collectively, the "Toronto Defendants"), by and through their undersigned counsel, hereby certify as follows:

### A. Parties

The Plaintiff-Appellant is Brent Kideckel.

The Defendant-Appellees are the Foreign Nation of Canada; Doug Downey, Attorney General of Ontario; the Province of Ontario Canada; the City of Toronto; Detective David J.N. Wilson; David Kideckel; Dahlia Saibil; Aram Simovonian; and John Doe 1-15.

There were no intervenors in District Court.

**B. Ruling Under Review**

The rulings under review are: (1) the portion of the District Court's January 16, 2026 Order (ECF No. 157) of the United States District Court for the District of Columbia (Nichols, C. J.) in *Brent Kideckel v. Foreign Nation of Canada, et al.*, 2026 WL 125208 (D.D.C. Aug. 16, 2026), Civil Action No. 1:24-cv-02907-CJN, sanctioning Plaintiff under Federal Rule of Civil Procedure 11 and its inherent authority; and (2) the District Court's August 25, 2026 Order (ECF No. 177) ordering Plaintiff to pay Appellees' reasonable attorneys' fees.

**C. Related Cases**

This Court has already affirmed the District Court's underlying merits decision, but dismissed any appeal of the sanctions order at issue here as non-final because the District Court had not yet determined the amount of attorneys' fees to be awarded. *See Kideckel v. Foreign Nation of Canada*, 2026 WL 1766008, at *1-2 (D.C. Cir. 2026).

This case was the subject of a petition for a writ of mandamus to expedite the lower court's decision. *In* re *Brent Kideckel*, No. 25-7201. However, Plaintiff-Appellant moved for voluntary dismissal of the petition for writ of mandamus and the Court granted Plaintiff-Appellant's motion.

Plaintiff-Appellant also filed a new lawsuit in the Supreme Court of the State of New York, County of New York, against several defendants in the

underlying action as well as their counsel, based on the same alleged claims asserted here, *Kideckel v. Epstein Becker & Green, P.C., et al.*, Index No. 159649/2026 (N.Y. Sup. Ct. 2026).

Dated: Buffalo, NY
September 8, 2026

PHILLIPS LYTLE LLP

By: */s/ Joshua Glasgow*
Joshua Glasgow
Attorney for Appellees
*The City of Toronto and David Wilson*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
jglasgow@phillipslytle.com